**IT IS ORDERED as set forth below:**

**Date: September 29, 2021**



_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 18-51171-BEM |
| | ) | |
| KRISTIN ALLENE HOWELL | ) | |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

====================================================================

**ORDER GRANTING DEBTOR'S**

**OBJECTION TO FILED PROOF OF CLAIM 4-2**

KRISTIN ALLENE HOWELL, Debtor/Objector has filed an Objection to Filed Proof of Claim 4-2 of CarFinance Capital ("Creditor") and related papers with the Court (Doc. No. 32) seeking an order Disallowing Claim No. 4-2, filed on or about June 30, 2019 in the amount of $ 29,181.06.  A hearing was held on May 26, 2021, and no

party appeared in opposition or filed any papers is opposition.  Movant was represented by Howard P. Slomka and Chapter 13 Trustee was represented by K. Edward Safir, Esq.

All parties have been served and none have filed any opposition.  There being none, it is accordingly

ORDERED that the Debtor's Objection is granted.  Proof of Claim 4-2 is disallowed.  Proof of Claim 4-1 is paid in full and Trustee shall refrain from making any further payments to the Creditor.  If Debtor requires the return of funds paid to Creditor under Claim 4-2, Debtor may file an adversary complaint to seek recoupment of such funds, but no such disgorgement is required by this Order.

Submitted by:

\_\_\_\_/s/_____
Howard P. Slomka, Esq.
Georgia Bar #652875
Attorney for the Debtor
6400 Powers Ferry Road, NW
Suite 391
Atlanta, GA 30339
(404) 800-4001

No Opposition by Trustee:

_____/s_____
Albert C. Guthrie, Esq.
Ga.Bar No. 142399
Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303

DISTRIBUTION LIST

Mary Ida Townson
Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303

Kristin Allene Howell
352 Woodvine
Lawrenceville, GA 30044

CarFinance Capital
PO Box 3807
Coppell, TX  75019